THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE McCLURE PUBLICATIONS, INCORPORATED, Appellant, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. McClure Publications, Inc.,* v. *Purdy,* 161 App. Div. 541, affirmed.

(Argued November 11, 1914; decided December 1, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1914, which affirmed an order of Special Term dismissing a writ of certiorari and confirming the proceedings of the defendants in assessing the capital stock of the relator for purposes of taxation.

*H. S. Duell* for appellant.

*Frank L. Polk, Corporation Counsel (Curtis A. Peters* and *William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.